# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JAIME REBORN, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> UNIVERSITY OF NORTH TEXAS, § <br> § <br> Defendant. § <br> § | CIVIL ACTION NO. 4:23-CV-00613-ALM-AGD |

### MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636.  On August 30, 2024, the Magistrate Judge entered a Report (Dkt. #31) recommending that Defendant's Third Motion to Dismiss (Dkt. #29) be granted, and Plaintiff's disability discrimination claim be dismissed with prejudice.  On September 12, 2024, Defendant filed objections to the Report (Dkt. #33).

Accordingly, having received the Report of the Magistrate Judge, Defendant's objections (Dkt. #33), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's disability discrimination claim is **DISMISSED WITH PREJUDICE**.  Plaintiff's failure to accommodate claim remains pending.  All relief not previously granted is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 23rd day of September, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE