Case 4:23-cv-00613-ALM-AGD   Document 83   Filed 06/06/25   Page 1 of 1 PageID #: 981

Case 4:23-cv-00613-ALM-AGD   Document 82   Filed 06/06/25   Page 1 of 1 PageID #: 980

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

**FILED**
JUL 22 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

JAIME REBORN, §
§
Plaintiff, §
v. § CIVIL ACTION NO. 4:23-CV-00613-ALM-AGD
§
UNIVERSITY OF NORTH TEXAS, §
§
Defendant §

**CERTIFIED MAIL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
United States Courthouse
7940 Preston Road
Plano, Texas 75024
OFFICIAL BUSINESS

**RECEIVED**
9589 0710 5270 0382 3384 60



US POSTAGE PITNEY BOWES
ZIP 75024
02 7H
0006151824  $ 009.64
JUN 06 2025

JUL 21 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

LN 6-16-25

Jaime Reborn
209 Settlers Glen Trail
Arlington, TX 76002



NIXIE   750   CE 1   2207/13/25
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 75024236099   *0234-03111-10-22