4:23 cv 613 Dkt 83

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jaime Reborn
209 Settlers Glen Tr.
Arlington, TX 76002

|||||||| barcode ||||||||
9590 9402 9628 5121 5928 31

2. Article Number *(Transfer from service label)*

9589 0710 5270 0382 3390 85

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
C. Date of Delivery
7-28-25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**RECEIVED**

**AUG 0 1 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DIST.

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt