IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAIME REBORN, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:23-CV-00613-ALM-AGD |
| v. | § § | |
| UNIVERSITY OF NORTH TEXAS, | § § | |
| Defendant. | § § § | |

## ORDER

Pending before the court is *pro se* Plaintiff Jaime Reborn's Request for Leave to File Motion Out of Time (Dkt. #85). Plaintiff seeks leave to file a late Reply to Defendant The University of North Texas's Response to Plaintiff's Motion to Compel (Dkt. #75). Having reviewed the Motion and all other relevant filings, the court finds that Plaintiff's Motion should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Request for Leave to File Motion Out of Time (Dkt. #85) is **GRANTED.** Plaintiff's Reply is deemed filed as of June 30, 2025.

**IT IS SO ORDERED**.

**SIGNED this 4th day of August, 2025.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE