IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAIME REBORN, | § § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:23-CV-00613-ALM-AGD |
| v. | § § | |
| UNIVERSITY OF NORTH TEXAS, | § § | |
| Defendant. | § § § | |

## ORDER

Pending before the court is the Defendant's Unopposed Motion to Continue Trial Pending Resolution of the Parties' Pending Dispositive Motions (Dkt. #88). Having reviewed the Motion and all other relevant filings, the court finds that the Motion (Dkt. #88) should be and is hereby **GRANTED**. This case is **STAYED** pending resolution of the pending dispositive Motions. If necessary, the deadlines in the Scheduling Order will be reimposed following the resolution of the pending dispositive Motions.

**IT IS SO ORDERED.**

**SIGNED this 4th day of August, 2025.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE