Jaime Reborn
209 Settlers Glen Trail
Arlington, TX 76002





Paul Brown United States Courthouse
101 E. Pecan St.
Sherman, TX 75090
Att: Court Clerk's Office