# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JAIME REBORN § | |
| § | |
| v. § | Civil Action No. 4:23-CV-613 |
| § | (Judge Mazzant/Judge Durrett) |
| UNIVERSITY OF NORTH TEXAS § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 4, 2025, the Magistrate Judge entered a Report (Dkt. #92) recommending that Plaintiff Jaime Reborn's Motion for Summary Judgment (Dkt. #37) be denied, that Defendant University of North Texas's Motion for Summary Judgment (Dkt. #73) be granted, that Plaintiff's Motion to Compel (Dkt. #75) and Defendant's Motion for Judgment on the Pleadings (Dkt. #52) be denied as moot, and that Plaintiff's claims be dismissed with prejudice. No Party filed objections to the Report.

Accordingly, having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Jaime Reborn's Motion for Summary Judgment (Dkt. #37) is **DENIED**. It is further **ORDERED** that Defendant University of North Texas's Motion for Summary Judgment (Dkt. #73) is **GRANTED**. It is further **ORDERED** that Plaintiff's Motion to Compel (Dkt. #75) is **DENIED AS MOOT**. It is further **ORDERED** that Defendant's

Motion for Judgment on the Pleadings (Dkt. #52) is **DENIED AS MOOT**. It is finally **ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

SIGNED this 28th day of August, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE