# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JAIME REBORN | § |
| | § |
| v. | § Civil Action No. 4:23-CV-613 |
| | § (Judge Mazzant/Judge Durrett) |
| UNIVERSITY OF NORTH TEXAS | § |

### FINAL JUDGMENT

Pursuant to the Memorandum Adopting the Report and Recommendation of United States Magistrate Judge filed in this matter this date, it is

**CONSIDERED, ORDERED,** and **ADJUDGED** that that this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

SIGNED this 28th day of August, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE